✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 30 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

DANIEL G. BOGDEN
United States Attorney
SHANNON M. BRYANT (SBN #6917)
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00071-LRH-VPC |
| Plaintiff, | INDICTMENT FOR VIOLATION OF: |
| vs. | |
| SCOTT RUSSELL, | TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(2) and (b) – Distribution of Child Pornography (Count 1) |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

**Count One – Distribution of Child Pornography**

From on or about April 27, 2015, to on or about September 9, 2015, in the District of Nevada, the defendant, SCOTT RUSSELL, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed and that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, using any means and facility of interstate and foreign commerce; and did knowingly distribute material containing child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

///

**Forfeiture Provision**

Through the criminal activity described in Count One, which allegations are hereby incorporated herein by reference, the defendant SCOTT RUSSELL, if convicted of Count One, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property. Such properties include, but are not limited to, the following:

1. HP g7-2233cl laptop (serial # 5CD2443VYK).
2. White USB flash drive.
3. Black USB flash drive.
4. Apple iPhone 5.
5. Apple iPhone 3.
6. Dell PP11L laptop (service tag 7NRVBB1).
7. eMachine M6809 laptop (serieal # N304360023445).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

SHANNON M. BRYANT
Assistant United States Attorney