AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT
RENO, NEVADA

Name and Office of Person Furnishing Information on THIS FORM: Judy Farmer

☐ U S Att'y ☐ Other U S. Agency

Name of Asst U S Att'y (if assigned): SHANNON M. BRYANT

**DEFENDANT – U.S. vs.**

SCOTT RUSSELL

3:15-cr-00071-LRH-VPC

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 3 0 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: DEPUTY

Birth Date

☒ Male ☐ Alien
☐ Female (if applicable)

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U S Att'y ☐ Defense

SHOW DOCKET NO

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U S Magistrate judge regarding this defendant were recorded under

MAG JUDGE CASE NO.

Place of offense

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

TITLE 18, U S.C , SECTION 2252A(a)(2) and (b) - DISTRIBUTION OF CHILD PORNOGRAPHY - (Count 1)