✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 02 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________________ DEPUTY

AO 442 (Rev 11/11) Arrest Warrant

9910756
0006-J

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.

SCOTT RUSSELL

*Defendant*

) Case No. **3:15-cr-00071-LRH-VPC**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SCOTT RUSSELL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

TITLE 18, U.S.C., SECTION 2252A(a)(2) and (b) - DISTRIBUTION OF CHILD PORNOGRAPHY - (Count 1)

Date: 9/30/2015

William G Cobb
*Issuing officer's signature*

City and state: RENO, NEVADA

WILLIAM G. COBB, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/1/15, and the person was arrested on *(date)* 10/2/15
at *(city and state)* Reno, NV.

Date: 10/2/15

[signature]
*Arresting officer's signature*

David H. Hearn SA/FBI
*Printed name and title*